THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE LISOJO, Appellant.

Submitted July 17, 2006; decided August 29, 2006

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNELL LOUREE, Appellant.

Submitted July 10, 2006; decided August 29, 2006

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.